**Gary Lee SMITH, Plaintiff-Appellant,**

v.

**Officer J. AITA; Salisbury City, Defendants-Appellees,**

**and**

**Salisbury City Police Department; PFC J. Sander, #1122; PFC J. Dimare; PFC J. Burt, Defendants.**

**No. 17-6783**

United States Court of Appeals, Fourth Circuit.

Submitted: January 31, 2018

Decided: February 14, 2018

Gary Lee Smith, Appellant Pro Se. Ernest I. Cornbrooks IV, KARPINSKI, COLARESI & KARP, PA, Baltimore, Maryland, for Appellees.

Before AGEE, KEENAN, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Lee Smith appeals the district court's order dismissing in part his 42 U.S.C. § 1983 (2012) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Aita*, No. 8:14-cv-03487-CCB, 2016 WL 3693713 (D. Md. July 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*